IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

Civil Action No's: 23-cv-01513-RMR-NRN
23-cv-01516-RMR-NRN
23-cv-01522-RMR-NRN
23-cv-01537-RMR-NRN
23-cv-01539-RMR-NRN
23-cv-01540-RMR-NRN
23-cv-01542-RMR-NRN
23-cv-01544-RMR-NRN
23-cv-01658-RMR-NRN
23-cv-01697-RMR-NRN
23-cv-01707-RMR-NRN
23-cv-01709-RMR-NRN
23-cv-01757-RMR-NRN
23-cv-01758-RMR-NRN
23-cv-01760-RMR-NRN
23-cv-01771-RMR-NRN
23-cv-01772-RMR-NRN
23-cv-01829-RMR-NRN
23-cv-01846-RMR-NRN
23-cv-01848-RMR-NRN
23-cv-01859-RMR-NRN
23-cv-01860-RMR-NRN
23-cv-01874-RMR-NRN
23-cv-01877-RMR-NRN
23-cv-01891-RMR-NRN
23-cv-01896-RMR-NRN
23-cv-01923-RMR-NRN
23-cv-01924-RMR-NRN
23-cv-01929-RMR-NRN
23-cv-01930-RMR-NRN
23-cv-01931-RMR-NRN
23-cv-01939-RMR-NRN
23-cv-01940-RMR-NRN
23-cv-01941-RMR-NRN
23-cv-01942-RMR-NRN
23-cv-01957-RMR-NRN
23-cv-02015-RMR-NRN
23-cv-02017-RMR-NRN
23-cv-02021-RMR-NRN
23-cv-02022-RMR-NRN
23-cv-02032-RMR-NRN
23-cv-02034-RMR-NRN
23-cv-02044-RMR-NRN
23-cv-02046-RMR-NRN
23-cv-02047-RMR-NRN

Date: September 26, 2023

Courtroom Deputy: Román Villa FTR: Courtroom C203

| *Parties:* | *Counsel:* |
|---|---|
| G.S. HOLISTIC, LLC, | Christina Gilbertson<br>Peter Ticktin |
| Plaintiff, | |
| v. | |
| VAPORTOKE INC d/b/a COLORADO VAPE & TOKE, and MONJED ABED, *et al* | Nadav Aschner<br>Leonard Berenato<br>Isaac Crum<br>Sarah Stemer<br>Ezekiel Rauscher<br>Jennifer McCallum<br>Charles Fuller<br>Christopher Whitman |
| Defendants. | |

**COURTROOM MINUTES/MINUTE ORDER**

**SHOW CAUSE HEARING**

**2:33 p.m. Court in session.**

Court calls case. Appearances of counsel: Peter Ticktin and Christina Gilbertson on behalf of Plaintiff, along with Chris Folkerts, on behalf of G.S. Holistic, LLC; Sarah Stemer on behalf of Daddy Dankz, Inc. and Daniel S. Trujillo; Isaac Crum on behalf of Myxed Up Creations I, LLC and Hollie Kellogg; Nadav Aschener on behalf VAPEz LLC and Peggy R. Hegler; Leonard Berenato on behalf of Hudini's Accessories and Fredericko Maestas; Ezekiel Rauscher on behalf of Morgan A. Lindskog; Jennifer McCallum on behalf of Alphastar Vapes Ltd and Jimmy O. Vargas; and Charles Fuller on behalf of The Pipefitter LTD and Gary Dahl; and Christopher Whitham on behalf f G-N-H Wholesale LLC and Andrew Bonacasa. P*ro se* Defendants, Kenneth L. Lee and Monjed Abed were also present.

The Court raises the Order's to Show Cause for discussion.

Defense counsel and individual defendants are given an opportunity to speak.

**It is ORDERED:** The ORDER'S TO SHOW CAUSE are deemed satisfied and are discharged for reasons as set forth on the record. Court will issue a separate order.

**4:44 p.m. Court in recess.**

Hearing concluded.
Total in-court time 02:11

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.