IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Regina M. Rodriguez**

Civil Action Nos.:
23-cv-01516-RMR-NRN, 23-cv-01537-RMR-NRN,
23-cv-01539-RMR-NRN, 23-cv-01542-RMR-NRN,
23-cv-01658-RMR-NRN, 23-cv-01697-RMR-NRN,
23-cv-01771-RMR-NRN, 23-cv-01829-RMR-NRN,
23-cv-01846-RMR-NRN, 23-cv-01860-RMR-NRN,
23-cv-01896-RMR-NRN, 23-cv-01923-RMR-NRN,
23-cv-01930-RMR-NRN, 23-cv-01931-RMR-NRN,
23-cv-01939-RMR-NRN, 23-cv-01941-RMR-NRN,
23-cv-02021-RMR-NRN, 23-cv-02022-RMR-NRN,
23-cv-02044-RMR-NRN, 23-cv-02047-RMR-NRN

Date: February 5, 2026

Courtroom Deputy: Kally Myhaver

Court Reporter: Jessica Anderson

| *Parties:* | *Counsel:* |
|---|---|
| GS HOLISTIC, LLC, | Eddy Leal |
| Plaintiff, | |
| v. | |
| CAP5, LLC et al, | Pro se |
| VAPEZ LLC et al, | Peggy Hegler (pro se) |
| ROCKY MOUNTAIN ECIGS LLC et al, | Jennifer McCallum |
| R&R PROPERTY MANAGEMENT LTD et al, | |
| ANJ ENTERPRISES LLC et al, | |
| HUDINI'S ACCESSORIES et al, | Christopher Thomas |
| MYXED UP CREATIONS I LLC et al, | Isaac Crum |
| PARAMATHMA INC et al, | |
| SMOKEY MONKEY 4 LLC et al, | |
| THE JOINT LLP et al, | |
| TARAMARTS & GAS INC. et al, | |
| ABDUL WADER QURBAN INC. et al, | |
| ALPHASTAR VAPES LTD et al, | Jennifer McCallim |
| GREEN PIECE LLC et al, | Kyle Hosmer |
| HUSTLE N SMOKE LLC et al, | |
| MAJA INC et al, | |
| THE PIPEFITTER LTD et al, | Charles Fuller |
| THE PIPE JOINT LLC et al, | |
| PROVEN SAQ #1 LLC et al, | |
| G-N-H WHOLESALE LLC et al, | Christopher Whitham |

Defendants.

---

## COURTROOM MINUTES

---

**STATUS CONFERENCE**

**10:04 a.m. Court in session.**

Court calls case. Appearance of counsel and pro se parties.

**ORDERED:** Counsel for the Plaintiff shall provide a list of parties who failed to appear to the Court by the close of business on or before **February 9, 2026**. An order to show cause shall issue as to those parties.

Preliminary remarks and background case information by the Court.

Plaintiff provides clarification as to the computation of damages shown in the Rule 26(a)(1) Disclosures filed with this Court on February 4, 2026.

Discussion regarding status of discovery and investigator John Nueman.

Plaintiff is directed to review each pending case as outlined on the record.

The Court outlines the expectation as to the discovery timeline.

**ORDERED:** Defendants shall file their answer, 26(a)(1) disclosures and/or any motions on or before **February 25, 2026.**

**ORDERED:** Parties shall meet and confer to prepare a joint scheduling order and shall file the proposed joint scheduling order with the Court on or before **February 27, 2026.**

**ORDERED:** A scheduling conference will be held on **March 4, 2026 at 1:15 p.m.** in Courtroom A901 before Judge Regina M. Rodriguez.

Discussion regarding unrepresented corporate defendants.

Discussion regarding consolidation of cases for purposes of trial. Parties are directed to meet and confer regarding consolidation as outline on the record.

Discussion regarding Plaintiff's notice of intent to amend the complaint as to damages. The Court defers ruling on that request.

**11:34 a.m. Court in recess.**

Hearing concluded.
Total in-court time: 1:30