IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

GS HOLISTIC, LLC,

Plaintiff,

Case No. 1:23-cv-01537-RMR-NRN

vs.

VAPEz LLC et al,

Defendants.
_____________________________________ /

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Please take notice that Plaintiff GS Holistic, L.L.C., Inc. and Defendants Vapez LLC and Peggy R. Hegler (collectively, the "Defendants") hereby dismiss this action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each Party to bear its own costs and attorneys' fees.

Respectfully submitted,

Dated: March 4, 2026

FOR PLAINTIFF

By: /s/ Eddy Leal

EDDY LEAL, P.A.
777 Brickell Avenue, Suite 500
Miami, FL 33131
Phone: 305-979-3900
Email: EL@leallegal.com
E-Service: eservice@leallegal.com

By: /s/ Eddy Leal
Eddy Leal, Esq.
Florida Bar No. 96030
*Attorney for GS Holistic LLC*

FOR DEFENDANT

/s/ Nadav Aschner

Nadav Aschner
The Rodman Law Group, LLC
165 South Union Blvd., Suite 901
Lakewood, CO 80228
t: 720-663-0558
f: 720-663-0558
nadav@therodmanlawgroup.com

*Attorney for Defendants*