IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Regina M. Rodriguez**

Civil Action Nos.:
23-cv-01516-RMR-NRN, 23-cv-01537-RMR-NRN,
23-cv-01539-RMR-NRN, 23-cv-01542-RMR-NRN,
23-cv-01658-RMR-NRN, 23-cv-01697-RMR-NRN,
23-cv-01771-RMR-NRN, 23-cv-01829-RMR-NRN,
23-cv-01846-RMR-NRN, 23-cv-01860-RMR-NRN,
23-cv-01896-RMR-NRN, 23-cv-01923-RMR-NRN,
23-cv-01930-RMR-NRN, 23-cv-01931-RMR-NRN,
23-cv-01939-RMR-NRN, 23-cv-01941-RMR-NRN,
23-cv-02021-RMR-NRN, 23-cv-02022-RMR-NRN,
23-cv-02044-RMR-NRN,

Date: March 4, 2026

Courtroom Deputy: Kally Myhaver

Court Reporter: Jessica Anderson

| *Parties:* | *Counsel:* |
| --- | --- |
| GS HOLISTIC, LLC, | Eddy Leal |
| Plaintiff, | |
| v. | |
| CAP5, LLC et al, | |
| VAPEZ LLC et al, | |
| ROCKY MOUNTAIN ECIGS LLC et al, | Jennifer McCallum |
| R&R PROPERTY MANAGEMENT LTD et al, | |
| ANJ ENTERPRISES LLC et al, | |
| HUDINI'S ACCESSORIES et al, | |
| MYXED UP CREATIONS I LLC et al, | Isaac Crum |
| PARAMATHMA INC et al, | |
| SMOKEY MONKEY 4 LLC et al, | Nasim Kchik (pro se) |
| THE JOINT LLP et al, | |
| TARAMARTS & GAS INC. et al, | |
| ABDUL WADER QURBAN INC. et al, | |
| ALPHASTAR VAPES LTD et al, | Jennifer McCallum |
| GREEN PIECE LLC et al, | Kyle Hosmer |
| HUSTLE N SMOKE LLC et al, | |
| MAJA INC et al, | Bicky Basnet (pro se) |
| THE PIPEFITTER LTD et al, | Charles Fuller |
| THE PIPE JOINT LLC et al, | |
| PROVEN SAQ #1 LLC et al, | |
| Defendants. | |

## COURTROOM MINUTES

**STATUS CONFERENCE**

**1:22 p.m. Court in session.**

Court calls case. Appearances of counsel and pro se parties.

Discussion regarding remaining cases.

Discussion regarding Notice of Suggestion of Death filed in 23-cv-01697, GS Holistic, LLC v. Hudini's Accessories.

Discussion regarding Case No. 23-cv-01931, GS Holistic, LLC v. Green Piece LLC . The parties represent that a settlement has been reached.

**ORDERED:** Defendant Smokey Monkey 4 LLC's oral Motion to for an Extension of Time to Obtain Counsel is GRANTED. Smokey Monkey 4 LLC shall have until **April 3, 2026** to obtain counsel.

**ORDERED:** Defendant Maja Inc. shall obtain counsel on or before **April 3, 2026.**

Discussion regarding cases where Defendants remain unrepresented, and have failed to appear and/or respond to the Order to Show Cause. Plaintiff represents that a Motion for Default Judgment will be filed as to those cases.

**ORDERED:** Defendant Paramathma, Inc. shall obtain counsel on or before **April 3, 2026.**

**ORDERED:** Defendant The Pipe Joint, LLC shall obtain counsel on or before **April 3, 2026.**

**ORDERED:** Corporate Disclosure Statements must be filed on or before **March 7, 2026** as outlined on the record.

**ORDERED:** The Stay imposed on January 12, 2024 is LIFTED as to all GS Holistic Cases and all Defendants.

Discussion regarding pending Motions.

**ORDERED:** Counsel is directed to meet and confer regarding the matter of amending the complaint. Plaintiff's Motion to Amend Complaint, if any, shall be filed on or before **March 19, 2026.**

Discussion regarding the parties' Proposed Scheduling Order.

The Scheduling Order is approved and entered with the modifications and edits by the Court, as stated on the record.

Discussion regarding trial of cases with represented Defendants. All remaining cases will be combined for a trial to be set for a later date.

**2:35 p.m. Court in recess.**

Hearing concluded.
Total in-court time: 1:13